IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO SANCHEZ,<br><br>        Petitioner,<br><br>    vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | No. CV-F-08-967 OWW<br>(No. CR-F-99-5064 OWW)<br><br>MEMORANDUM DECISION AND ORDER DISMISSING PETITIONER'S MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT FOR RESPONDENT |

    On July 7, 2008, Petitioner Fernando Sanchez filed a motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255.

    By Order filed on July 24, 2008, Petitioner was ordered to file within 30 days an amended motion pursuant to 28 U.S.C. § 2255 setting forth the grounds upon which he seeks relief and the facts upon which he relies in contending that his motion is timely filed or that he is entitled to equitable tolling. Petitioner was advised that "[f]ailure to timely comply will

1

result in the dismissal of his Section 2255 motion as untimely."

Petitioner has not complied with the July 24, 2008 Order.

ACCORDINGLY:

1.  Petitioner Fernando Sanchez's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is DISMISSED as untimely;

2.  The Clerk of the Court is directed to enter JUDGMENT FOR RESPONDENT.

IT IS SO ORDERED.

Dated:   September 8, 2008                /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE