1 | BENJAMIN B. WAGNER
United States Attorney
2 | KATHERINE T. LYDON
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:99-CR-05103-06 AWI |
|---|---|
| Plaintiff, | CASE NO. 1:99-CR-05064-01 AWI |
| v. | ORDER RELATING CASES |
| FERNANDO SANCHEZ, | [Local Rules 123(a)(4), (c), (f)] |
| Defendant. | |
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00075 JAM |
| Plaintiff, | |
| v. | |
| FERNANDO SANCHEZ-MADUENO, aka Pablo Valencia, aka Fernando Sanchez, aka Fernando Manueno Sanchez, | |
| DEFENDANT. | |

For the reasons set forth in the Notice of Related Cases filed by counsel for the United States on June 19, 2015, the Court finds that the criminal case captioned <u>United States v. Sanchez-Madueno</u>, No. 2:15-cr-00075 JAM (E.D. Cal.) is related to the pending supervised release violation at issue in <u>United</u>

[Proposed] Order Relating Cases                1

States v. Sanchez, Nos. 1:99-CR-05103-06 AWI (E.D. Cal.) and 1:99-CR-05064-01 AWI (E.D. Ca.) within the meaning of Local Rule 123(a)(4) because assignment of these actions to a single Judge is likely to effect a savings of judicial effort.  Based on this finding, pursuant to Local Rule 123, IT IS HEREBY ORDERED that:

    1.    The Clerk of the Court shall reassign United States v. Sanchez-Madueno, No. 2:15-cr-00075 JAM (E.D. Cal.), to the Honorable Anthony W. Ishii, United States District Judge; and

    2.    The Clerk of the Court shall make an appropriate adjustment in the assignment of cases to compensate for this reassignment.

    IT IS SO ORDERED.

DATED: 6/19/2015

/s/ John A. Mendez_____
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE