1   HEATHER E. WILLIAMS, SBN #122664
    Federal Defender
2   MEGAN T. HOPKINS, SBN #294141
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, CA  93721-2226
    Telephone: (559) 487-5561
5   Fax: (559) 487-5950

6   Attorneys for Defendant
    FERNANDO SANCHEZ-MADUEÑO

7

                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

    UNITED STATES OF AMERICA,          )  Case No.  1:99-cr-5103-AWI; 1:99-cr-5064-AWI
11                                      )
                 Plaintiff,             )  **STIPULATION AND ORDER TO**
12                                      )  **CONTINUE HEARINGS RE**
    vs.                                 )  **VIOLATIONS OF SUPERVISED RELEASE**
13                                      )
    FERNANDO SANCHEZ-MADUEÑO,           )
14                                      )  Date:   January 19, 2016
                 Defendant.             )  Time:  1:30 P.M.
15                                      )  Judge: Hon. Anthony W. Ishii
                                        )
16

17        **IT IS HEREBY STIPULATED** by and between the parties, through their respective

18   counsel, Assistant United States Attorney Kathleen Servatius, Counsel for Plaintiff, and

19   Assistant Federal Defender Megan T. Hopkins, Counsel for Defendant, Fernando Sanchez-

20   Madueño, that the hearing re violation of supervised release in both cases currently set for

21   November 23, 2015 at 10:00 a.m., **may be rescheduled to January 19, 2016, at 1:30 p.m.**

22        This stipulation is at the request of both parties, due to the receipt of additional discovery

23   that neither party was previously aware of.  Both parties require additional time to review the

24   discovery and prepare for the hearing in this matter.

25   ///

26   ///

27   ///

28   ///

1    It is therefore respectfully requested that this matter be rescheduled to January 19, 2016.

2

3                                                        Respectfully submitted,

4                                                        BENJAMIN B. WAGNER
                                                         United States Attorney
5

6    Dated:  November 19, 2015                 /s/ *Kathleen Servatius*
                                                         KATHLEEN SERVATIUS
7                                                        Assistant United States Attorney
                                                         Attorney for Plaintiff
8

9
                                                         HEATHER E. WILLIAMS
10                                                       Federal Defender

11
     Date:  November 19, 2015                  */s/  Megan T. Hopkins*
12                                                       MEGAN T. HOPKINS
                                                         Assistant Federal Defender
13                                                       Attorneys for Defendant
                                                         FERNANDO SANCHEZ-MADUEÑO
14

15

16                                    **O R D E R**

17        For the reasons set forth above, the requested continuance is granted for good cause.  The

18   hearing currently set for November 23, 2015, is continued to January 19, 2016, at 1:30 p.m.

19

20   IT IS SO ORDERED.

21   Dated:   November 20, 2015          _____
22                                        SENIOR  DISTRICT  JUDGE

23

24

25

26

27

28

Sanchez-Madueño/Stip to Continue Hearing            -2-